UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-0358-SCB-TGW

ANTHONY LEE KENDALL

### ORDEER GRANTING UNITED STATES' REQUEST FOR LEAVE TO DISMISS INDICTMENT

The United States has requested leave under Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment pending in the above-captioned case against Defendant Anthony Lee Kendall, with prejudice, on the ground that he is deceased. The United States' requested is hereby GRANTED and the Indictment pending against Defendant Anthony Lee Kendall in the above-captioned case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the case as to Defendant Anthony Lee Kendall.

Date: April 22, 2022

_____
The Hon. Susan Bucklew
Senior United States District Judge